IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TROY TERRELL McNEAL,** | CIV S-06-1763-MCE-CMK-P |
| Petitioner, | **ORDER** |
| v. | |
| **DERREL G. ADAMS, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondents application for a sixty-day enlargement of time to and including December 18, 2006, to file a response, is hereby GRANTED.

October 18, 2006

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE