IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY TERRELL McNEAL,<br><br>    Petitioner,<br><br>  vs.<br><br>DERREL G. ADAMS, et al.,<br><br>    Respondents.<br>_____/ | No. CIV S-06-1763-MCE-CMK-P<br><br><br><br>ORDER |

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for an extension of time (Doc. 14), filed on January 5, 2007.

       On September 19, 2006, the court issued an order permitting petitioner to file a traverse to respondent's answer within 30 days of service thereof. Petitioner now seeks an extension of that deadline to February 24, 2007. Good cause appearing therefor, the request will be granted.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time is granted; and

2. Petitioner may file a traverse by February 24, 2007.

DATED: January 9, 2007.

                                       **CRAIG M. KELLISON**
                                       UNITED STATES MAGISTRATE JUDGE