IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY TERRELL McNEAL, | No. CIV S-06-1763-MCE-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| DERREL G. ADAMS, et al., | |
| Respondents. | |
| _____/ | |

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's request for a certificate of appealability (Doc. 28), filed on June 13, 2008.

    Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue.

1  <u>See</u> Fed. R. App. P. 22(b).  For the reasons set forth in the magistrate judge's April 21, 2008
2  findings and recommendations, petitioner has not made a substantial showing of the denial of a
3  constitutional right.
4      Accordingly, IT IS HEREBY ORDERED that petitioner's request for a certificate of
5  appealability is denied.
6  Dated:  June 18, 2008

                               MORRISON C. ENGLAND, JR.
                               UNITED STATES DISTRICT JUDGE